**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**May 4, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-10506

_____

JILL MUNCY; ET AL.,

Plaintiffs,

v.

CITY OF DALLAS, TEXAS; ET AL.,

Defendants.

---

ROBERT JACKSON, ETC.; ET AL.,

Plaintiffs,

ROBERT JACKSON, Assistant Chief; WILLIE TAYLOR,

Plaintiffs - Appellants.

v.

CITY OF DALLAS; ET AL.,

Defendants.

CITY OF DALLAS,

Defendant - Appellee.

---

Appeal from the United States District Court for the
Northern District of Texas, Dallas
Civil Action Nos. 3:99-CV-2960 and 3:00-CV-588

---

## ON PETITION FOR REHEARING

Before GARWOOD, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

> IT IS ORDERED that the petition for rehearing is **DENIED.**

We instruct the district court to order the City of Dallas to

return the Funds to the registry of the district court for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this order should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

disposition in accordance with the opinion. We further instruct the district court to determine the proper amount of money to be turned over to the City of Dallas in satisfaction of the November 2001 judgment for costs in the original proceeding.

2